UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY DULANEY<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN MUIR HEALTH DISABILITY BENEFITS PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>    Defendant. | Case No. 2:17-CV-01728-JAM-AC<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT JOHN MUIR HEALTH DISABILITY BENEFITS PLAN**<br><br>Judge: Hon. John A. Mendez |

**IT IS HEREBY ORDERED** that defendant JOHN MUIR HEALTH DISABILITY BENEFITS PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to this Stipulation to Dismiss the Plan and the dismissal of the Plan. Life Insurance Company of North America shall remain the only named defendant.

**IT IS SO ORDERED.**

Dated: 10/10/2017          /s/ John A. Mendez
                                            Hon. John A. Mendez
                                            United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

158423.1

1

Case No. 2:17-CV-01702-JAM-AC
[PROPOSED] ORDER GRANTING STIP. TO DISMISS DEF. COMMUNITY MEMORIAL HEALTH SYSTEM EMPLOYEE BENEFIT PLAN